UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FRANCIS C. LANDGREBE, ESQUIRE
71 Cooper Street
Woodbury, NJ  08096-4646
(856) 848-4477
FCL5087
Attorney for Debtor(s)

Order Filed on May 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald T. Maggi

Case No.:  18-22068

Chapter:  13

Judge:  ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Francis C. Landgrebe, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____203.00_____ per month for _____25_____ months to allow for payment of the above fee.

commencing June 1, 2021

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22068-ABA |
| Ronald Thomas Maggi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ronald Thomas Maggi, 5288 Laurel Avenue, Pennsauken, NJ 08109-1226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis Landgrebe | on behalf of Debtor Ronald Thomas Maggi flandgrebe@verizon.net  r61604@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor LoanCare  LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | |
|---|---|
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Sindi Mncina | on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LoanCare  LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14