Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22068−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald Thomas Maggi
   5288 Laurel Avenue
   Pennsauken, NJ 08109−1226

Social Security No.:
   xxx−xx−2206

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Ronald Thomas Maggi
      Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: October 5, 2023
JAN: def

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22068-ABA |
| Ronald Thomas Maggi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2023 | Form ID: ntcfncur | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ronald Thomas Maggi, 5288 Laurel Avenue, Pennsauken, NJ 08109-1226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis Landgrebe | on behalf of Debtor Ronald Thomas Maggi flandgrebe@verizon.net  r61604@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor LoanCare  LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1                        User: admin                        Page 2 of 2
Date Rcvd: Oct 05, 2023                     Form ID: ntcfncur                   Total Noticed: 1

Kimberly A. Wilson
                        on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A kimwilson@raslg.com

Laura M. Egerman
                        on behalf of Creditor DITECH FINANCIAL LLC laura.egerman@mccalla.com  bkyecf@rasflaw.com;legerman@raslg.com

Sindi Mncina
                        on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A smncina@raslg.com

Sindi Mncina
                        on behalf of Creditor Ditech Financial LLC smncina@raslg.com

Sindi Mncina
                        on behalf of Creditor LoanCare  LLC smncina@raslg.com

Sindi Mncina
                        on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

Sindi Mncina
                        on behalf of Creditor LOAN CARE SERVICING CENTER  INC.. smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16