**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald Thomas Maggi<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2206<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–22068–ABA | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Ronald Thomas Maggi

11/8/23                                                        **By the court:** Andrew B. Altenburg Jr.
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-22068-ABA
Ronald Thomas Maggi                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Nov 08, 2023      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald Thomas Maggi, 5288 Laurel Avenue, Pennsauken, NJ 08109-1226 |
| cr | + | Citigroup Mortgage Loan Trust 2022-A, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519754186 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519754187 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-A Serviced by Select Portfolio Servicing, |
| 520061986 | + | Citigroup Mortgage Loan Trust 2022-A, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 517591716 | | Credit One, PO Box 625, Metairie, LA 70004-0625 |
| 517591717 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 517787828 | + | Ditech Financial LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517765088 | + | Ditech Financial LLC, 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054-3437 |
| 518243403 | + | LOAN CARE SERVICING CENTER, INC.., KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517591723 | + | Summit Surgical, 200 Bowman Drive Ste D106, Voorhees, NJ 08043-9633 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2023 20:48:00 | LoanCare, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517603750 | + | Email/Text: RASEBN@raslg.com | Nov 08 2023 20:48:00 | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517591718 | ^ | MEBN | Nov 08 2023 20:43:38 | Financial Recoveries, 200 East Park Dr Ste 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517591719 | + | Email/Text: hannlegal@hannfinancial.com | Nov 08 2023 20:49:00 | Hann Financial, One Centre Drive, Jamesburg, NJ 08831-1564 |
| 517591715 | | EDI: JPMORGANCHASE | Nov 09 2023 01:39:00 | Chase Bank, PO Box 15145, Wilmington, DE 19850-5145 |
| 518336102 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 08 2023 20:49:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518336103 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 08 2023 20:49:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 517591720 | + | EDI: AGFINANCE.COM | Nov 09 2023 01:39:00 | OneMain, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517591721 | + | Email/Text: bankruptcy@pseg.com | | |

Case 18-22068-ABA    Doc 64    Filed 11/10/23    Entered 11/11/23 00:15:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 08 2023 20:48:00 | PSEG, Attn Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517591722 | | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163 |
| 517713496 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518981516 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517713497 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518981517 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517591724 | | EDI: RMSC.COM Nov 09 2023 01:39:00 | | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 517593436 | + | EDI: RMSC.COM Nov 09 2023 01:39:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517677111 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Nov 08 2023 20:49:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517714753 | | Email/PDF: bncnotices@becket-lee.com Nov 08 2023 20:51:23 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Citigroup Mortgage Loan Trust 2022-A, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | DITECH FINANCIAL LLC, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, Fairfield, NJ 07004-2927 |
| 517717422 | * | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| 517780865 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518948362 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517780866 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518948363 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LOAN CARE SERVICING CENTER INC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis Landgrebe | on behalf of Debtor Ronald Thomas Maggi flandgrebe@verizon.net r61604@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor LoanCare LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor LOAN CARE SERVICING CENTER INC.. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LOAN CARE SERVICING CENTER INC.. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16